**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>MELVINA Y SUMTER<br><br>5307 WINDY RUN DR.<br>COLUMBIA, SC 29212<br><br><br>**DEBTOR** | CASE NO: 12-04930/W/3<br><br>(CHAPTER 13)<br><br>TRUSTEE'S NOTICE OF<br>UNCLAIMED DIVIDENDS |

Enclosed from the office of William K. Stephenson, Jr., Trustee for the above referenced case is check number 1010213 in the amount of $2,015.04 representing monies designated as dividends to creditors or debtor refund as follows:

| CREDITOR/PAYEE | CLAIM # | REASON FOR RETURN | AMOUNT |
|---|---|---|---|
| JOSE ORNELAS AND MARIA ORNELAS<br>C/O HARREL & MARTIN PA<br>ATTN JENNIFER DOWD NICHOLS<br>PO BOX 1000<br>CHAPIN, SC 29036 | 8 | Returned Mail | $2,015.04 |

December 30, 2014

/s/ William K. Stephenson, Jr.
William K. Stephenson, Jr., Trustee

\* If reason for return is other than those listed, please note reason.

_____

(For Bankruptcy Court Use ONLY)

BANKRUPTCY TRUSEE LEDGER

TITLE:
_____

| DATE | REFERENCE | RECEIVED | DISBURSED | BALANCE |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |